# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 18–52144–rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **Duke Smith** , Debtor(s)

## NOTICE OF ORDER CONFIRMING PLAN

Notice is hereby given of entry of the following order of this Court on 8/14/19

60 – 39  Order Confirming Chapter 11 Plan, (related document(s): 39 Chapter 11 Plan (Small Business Debtor Case) filed by Dean William Greer for Debtor Duke Smith.) Application for Final Decree due by 2/10/2020 (Order entered on 8/14/2019) (Gomez, Becky)

Dated: 8/14/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Order Confirming Plan Notice] [Ntcocp11apac]