# UNITED STATES BANKRUPTCY COURT

**MOR-1**

CASE NAME: **DUKE SMITH**
CASE NUMBER: **18-52144**
PROPOSED PLAN DATE: **PENDING**

PETITION DATE: **9/7/2018**
DISTRICT OF TEXAS: **WESTERN**
DIVISION:

## MONTHLY OPERATING REPORT SUMMARY  FOR MONTH

### YEAR 2019

| MONTH | Mar-19 | Apr-19 | May-19 | Jun-19 | MAR-AUG Jul-19 | Aug-19 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 74,538.32 | 64,733.21 | 73,372.75 | 56,026.99 | 82,415.90 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 12,052.26 | -4,510.74 | 5,598.27 | -6,407.92 | 13,934.21 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 12,052.26 | -4,510.74 | 5,598.27 | -6,407.92 | 13,934.21 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 289.95 | 1,914.95 | 289.95 | 289.95 | 2,239.95 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 62,486.06 | 69,243.95 | 67,774.48 | 62,434.91 | 68,461.69 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

|  | EXP. DATE |
|---|---|
| **REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE** | |
| CASUALTY YES ( ) ∧ YES | 1/5/2020 |
| LIABILITY YES ( ) N YES | 1/5/2020 |
| VEHICLE YES ( ) N YES | 10/13/2019 |
| WORKERS  NO | _ _ / _ _ / _ _ |
| OTHER  NO | _ _ / _ _ / _ _ |

|  | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | YES |
| Are all post-petition liabilities, including taxes, being paid within terms? | YES |
| Have any pre-petition liabilities been paid? | YES |
| If so, describe | |
| Are all funds received being deposited into DIP bank accounts? | YES |
| Were any assets disposed of outside the normal course of business? | NO |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | YES |
| What is the status of your Plan of Reorganization? | |

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED X _____
(ORIGINAL SIGNATURE)

TITLE: OWNER

**DUKE SMITH**
(PRINT NAME OF SIGNATORY)

6/18/2019
DATE

Revised 07/01/98

ATTORNEY NAME: **DEAN W. GREER**
FIRM NAME: **ATTOR ATTORNEY AT LAW**
ADDRESS: **2929 MOSSROCK #117**

CITY, STATE, ZIP: **SAN ANTONIO, TX 78230**
TELEPHONE/FAX: **210-342-7100**

MOR-1

CASE NAME:  DUKE SMITH

CASE NUMBER: 18-52144

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | | | | | | | | |
| Accounts Receivable, Net | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | | | | | | | |
| Investments | | | | | | | | |
| Other | | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | |
| 3. Electric Deposit | | | | | | | | |
| 4. | | | | | | | | |
| TOTAL ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: DUKE SMITH
CASE NUMBER: 18-52144

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | | |
| Notes Payable – Secured | | | | | | | | | |
| Priority Debt | | | | | | | | | |
| Federal Income Tax | | | | | | | | | |
| FICA/Withholding | | | | | | | | | |
| Unsecured Debt | | | | | | | | | |
| Other | | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |

\* Per Schedules and Statement of Affairs

Revised 07/01/98

**MOR-3**

CASE NAME: DUKE SMITH
CASE NUMBER: 18-52144

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | | |
| TAX PAYABLE | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | |
| State Payroll Taxes | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | |
| Other Taxes | | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| SECURED DEBT POST-PETITION | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | | |
| OTHER  ACCRUED LIABILITIES | | | | | | | | |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME:  DUKE SMITH
CASE NUMBER: 18-52144

## AGING OF POST-PETITION LIABILITIES

MONTH _____

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|------|-------|----------------|---------------|-------------|-------------------------|-------|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | |
|-------|---|---|---|---|
| 0-30 DAYS | | | | |
| 31-60 DAYS | | | | |
| 61-90 DAYS | | | | |
| 91 + DAYS | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

*Revised 07/01/98*

**MOR-5**

CASE NAME:  DUKE SMITH
CASE NUMBER:  18-52144

## STATEMENT OF INCOME (LOSS)

| | MONTH Mar-19 | MONTH Apr-19 | MONTH May-19 | MONTH Jun-19 | MONTH Jul-19 | MONTH Aug-19 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES  (MOR-1) | 74,538.32 | 64,733.21 | 73,372.35 | 56,026.99 | 82,415.90 | | 351,086.77 |
| TOTAL COST OF REVENUES | 31,762.88 | 39,117.85 | 29,032.29 | 24,395.50 | 26,472.48 | | 150,781.00 |
| GROSS PROFIT | 42,775.44 | 25,615.36 | 44,340.06 | 31,631.49 | 55,943.42 | 0.00 | 200,305.77 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 23,215.63 | 20,446.53 | 29,310.63 | 29,306.95 | 31,232.31 | | 133,512.05 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | | 25,000.00 |
| Professional Fees | 289.95 | 289.95 | 289.95 | 289.95 | 2,239.95 | | 3,399.75 |
| PAYROLL TAX | 1,478.85 | 2,319.12 | 1,592.68 | 1,601.86 | 2,070.70 | | 9,063.21 |
| SALES AND OTHER TAX | 1,853.20 | 2,070.50 | 2,548.53 | 1,840.65 | 1,466.25 | | 9,779.13 |
| TOTAL OPERATING EXPENSES | 30,723.18 | 30,126.10 | 38,741.79 | 38,039.41 | 42,009.21 | 0.00 | 180,754.14 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 12,052.26 | -4,510.74 | 5,598.27 | -6,407.92 | 13,934.21 | 0.00 | 20,666.08 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 12,052.26 | -4,510.74 | 5,598.27 | -6,407.92 | 13,934.21 | 0.00 | 20,666.08 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $12,052.26 | ($4,510.74) | $5,598.27 | ($6,407.92) | $13,934.21 | $0.00 | $20,666.08 |

Accrual Accounting Required, Otherwise Footnote with Explanation.

* Footnote Mandatory.

** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

74538.32 DUKE SMITH
CASE NUMBER: 18-52144

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Mar-19 | MONTH Apr-19 | MONTH May-19 | MONTH Jun-19 | MONTH Jul-19 | MONTH Aug-19 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $62,938.56 | $74,990.82 | $70,480.08 | $76,078.35 | $69,670.43 | | $62,938.56 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 74,538.32 | 64,733.21 | 73,372.75 | 56,026.99 | 82,415.90 | | 351,087.17 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| TOTAL RECEIPTS** | 74,538.32 | 64,733.21 | 73,372.75 | 56,026.99 | 82,415.90 | | 351,087.17 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | 0.00 | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 11,642.11 | 10,696.55 | 13,349.85 | 14,885.86 | 14,374.37 | | 64,948.74 |
| 8. PAYROLL TAXES PAID | 1,478.85 | 2,319.12 | 1,592.68 | 1,601.86 | 2,070.70 | | 9,063.21 |
| 9. SALES, USE & OTHER TAXES PAID | 1,853.20 | 2,137.24 | 2,548.53 | 1,840.65 | 1,552.99 | | 9,932.61 |
| 10. SECURED/RENTAL/LEASES | 3,063.95 | 1,263.59 | 6,263.59 | 6,263.59 | 6,263.59 | | 23,118.31 |
| 11. UTILITIES & TELEPHONE | 1,643.87 | 1,303.64 | 988.42 | 1,300.01 | 1,562.06 | | 6,798.00 |
| 12. INSURANCE | 901.62 | 883.52 | 883.52 | 883.52 | 883.52 | | 4,435.70 |
| 13. INVENTORY PURCHASES | 3,098.45 | 1,405.23 | 2,009.55 | 450.90 | 5,464.61 | | 12,428.74 |
| 14. VEHICLE EXPENSES | 777.55 | 568.93 | 196.29 | 150.66 | 454.69 | | 2,148.12 |
| 15. TRAVEL & ENTERTAINMENT | 105.87 | 749.91 | 31.74 | 305.70 | 69.32 | | 1,262.54 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 5,459.73 | 7,583.50 | 5,309.73 | 5,066.71 | 2,073.41 | | 25,493.08 |
| 17. ADMINISTRATIVE & SELLING | 27,170.91 | 33,417.77 | 29,310.63 | 24,395.50 | 26,472.48 | | 140,767.29 |
| INSIDER COMPENSATION | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | | 25,000.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 62,196.11 | 67,329.00 | 67,484.53 | 62,144.96 | 66,241.74 | | 325,396.34 |
| 19. PROFESSIONAL FEES | 289.95 | 289.95 | 289.95 | 289.95 | 289.95 | 0.00 | 1,449.75 |
| 20. U.S. TRUSTEE FEES | 0.00 | 1,625.00 | 0.00 | 0.00 | 1,950.00 | | 3,575.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| TOTAL DISBURSEMENTS** | 62,486.06 | 69,243.95 | 67,774.48 | 62,434.91 | 68,481.69 | | 330,421.09 |
| 22. NET CASH FLOW | 12,052.26 | -4,510.74 | 5,598.27 | -6,407.92 | 13,934.21 | | 20,666.08 |
| 23. CASH - END OF MONTH (MOR-2) | $74,990.82 | $70,480.08 | $76,078.35 | $69,670.43 | $83,604.64 | $0.00 | $374,824.32 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**MOR-7**

Revised 07/01/9X

**CASE NAME:** DUKE SMITH
**CASE NUMBER:** 18-52144

# CASH ACCOUNT RECONCILIATION
## MONTH OF JUNE, JULY 2019

| BANK NAME | BROADWAY BANK | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 410008326O | | | | |
| *ACCOUNT TYPE* | *Apr-19* | *May-19* | *Jun-19* | *Jul-19* | *TOTAL* |
| BANK BALANCE | 74,990.82 | 70,480.08 | 76,078.35 | 69,670.43 | $291,219.68 |
| DEPOSITS IN TRANSIT | 64,733.21 | 73,372.75 | 56,026.99 | 82,415.90 | $276,548.85 |
| OUTSTANDING CHECKS | 69,243.95 | 67,774.48 | 62,434.91 | 68,481.69 | $267,935.03 |
| ADJUSTED BANK BALANCE | $70,480.08 | $76,078.35 | $69,670.43 | $83,604.64 | $299,833.50 |
| BEGINNING CASH - PER BOOKS | 74,990.82 | 70,480.08 | 76,078.35 | 69,670.43 | $291,219.68 |
| RECEIPTS* | 64,733.21 | 73,372.75 | 56,026.99 | 82,415.90 | $276,548.85 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 69,243.95 | 67,774.48 | 62,434.91 | 68,481.69 | $267,935.03 |
| ENDING CASH - PER BOOKS | $70,480.08 | $76,078.35 | $69,670.43 | $83,604.64 | $299,833.50 |

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

**MOR-8**

Revised 07/01/98

CASE NAME: DUKE SMITH
CASE NUMBER: 18-52144

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Mar-19 | MONTH Apr-19 | MONTH May-19 | MONTH Jun-19 | MONTH Jul-19 | MONTH Aug-19 |
|---|---|---|---|---|---|---|
| 1. DUKE SMITH | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. AUSTIN BOOKKEEPING | 289.95 | 289.95 | 289.95 | 289.95 | 289.95 | |
| 2. U.S. TRUSTEE | | 1,625.00 | | | 1,950.00 | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $289.95 | $1,914.95 | $289.95 | $289.95 | $2,239.95 | $0.00 |

MOR-9

*Revised 07/01/98*