UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN

CASE NAME: DUKE SMITH                    Petition Date:

CASE NUMBER 18-52144

THIS REPORT IS FOR THE MONTH/YEAR  May-19     (example: MAY/1998)

All Individual Debtor-in-Possession Checking, Savings, Brokerage Accounts:

| BANK NAME: | | ACCOUNT NO. |
|---|---|---|
| 1. BROADWAY BANK KYLE | | 4100084019 |
| 2. | | |
| 3. | | |

(attach list if needed)

All Non-Debtor-in-Possession Accounts:

| BANK NAME: | | ACCOUNT NO. |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

(attach list if needed)

A copy of a reconciled statement should be attached for each and all accounts.

$62,434.91     3772.75

Total Disbursements from MOR-;+ Total Disbursements from MFR-2 =     $66,207.66    Total Disbursements

(When the debtor is a sole proprietorship)          (When the debtor is an individual)

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

|  |  | CIRCLE ONE | |
|---|---|---|---|
| Are all post-petition liabilities, including taxes, being paid within ter | | Yes X | No |
| Have, any pre-petition liabilities been paid? | | Yes X | No |
| If so, describ MR.COOPER - MORTGAGE | | | |
| Were any assets disposed of outside the normal course of business? | | Yes | NoX |
| If so, describe: | | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | YesX | No |
| What is the status of your Plan of Reorganization? | PENDING | | |

| REQUIRED INSURANCE MAINTAINED | | EXP. |
|---|---|---|
| AS OF SIGNATURE DATE | | DATE |
| HOME OWNERS | YES( X ) NO ( ) | 7/1/2020 |
| AUTO | YES( X ) NO ( ) | 4/13/20 |
| OTHER | YES( ) NO ( ) | _ _ / _ _ / _ _ |
| OTHER | YES( ) NO ( ) | _ _ / _ _ / _ _ |

I certify under penalty of perjury that the following complete Monthl Financial Report
(MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

ATTORNEY NA DEAN W. GREER
FIRM:     ATTORNEY AT LAW
ADDRESS: 2929 MOSSROCK SUITE 117

SIGNED: _____     DATE: 6/18/2019
                (ORIGINAL SIGNATURE)

CITY, STATE, 7 SAN ANTONIO, TEXAS 78230
TELEPHONE: 210-342-7100

ACCOUNT NO.
_____
_____
_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN

**CASE NAME:** DUKE SMITH          **Petition Date:**

**CASE NUMBER** 18-52144

**THIS REPORT IS FOR THE MONTH/YEAR** _May-19_     (example: MAY/1998)

All Individual Debtor-in-Possession Checking, Savings, Brokerage Accounts:

| BANK NAME: | ACCOUNT NO. |
|---|---|
| 1. BROADWAY BANK   KYLE | 4100084019 |
| 2. | |
| 3. | |

(attach list if needed)

All Non-Debtor-in-Possession Accounts:

| BANK NAME: | ACCOUNT NO. |
|---|---|
| 1. | |
| 2. | |
| 3. | |

(attach list if needed)

A copy of a reconciled statement should be attached for each and all accounts.

$68,481.69      6211.36

Total Disbursements from MOR-7 + Total Disbursements from MFR-2 =     $74,693.05     **Total Disbursements**

(When the debtor is a sole proprietorship)       (When the debtor is an individual)

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| HOME OWNERS | YES(X) NO( ) | 7/1/2020 |
| AUTO | YES(X) NO( ) | 4/13/20 |
| OTHER | YES( ) NO( ) | _ _ _ |
| OTHER | YES( ) NO( ) | _ _ _ |

Are all post-petition liabilities, including taxes, being paid within ter  **CIRCLE ONE**  Yes X   No
Have any pre-petition liabilities been paid?                                             Yes X   No
If so, describ _MR. COOPER - MORTGAGE_
Were any assets disposed of outside the normal course of business?     Yes    NoX
If so, describe:
Are all U.S. Trustee Quarterly Fee Payments current?                          YesX   No
What is the status of your Plan of Reorganization?    _PENDING_

I certify under penalty of perjury that the following complete Monthl Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED: _[signature]_                                              DATE: 7/18/2019
              (ORIGINAL SIGNATURE)

**ATTORNEY NA** DEAN W. GREER
**FIRM:** ATTORNEY AT LAW
**ADDRESS:** 2929 MOSSROCK SUITE 117
**CITY, STATE, Z** SAN ANTONIO, TEXAS 78230
**TELEPHONE:** 210-342-7100

This FORM is for INDIVIDUALS ONLY

CASE NAME: DUKE SMITH  
CASE NUMBER: 18-52144

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | MONTH | MONTH Mar-19 | MONTH Apr-19 | MONTH May-19 | MONTH Jun-19 | MONTH Jul-19 | MONTH Aug-19 |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | | | | | | | |
| RECEIPTS: | | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 5,000.77 | 5,000.72 | 5,000.74 | 5,000.74 | 5,000.68 | |
| 3. Rents, Royalties, Dividends, Interest | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 4. Social Security, Pensions, etc. | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Balance Forward from Last Statement | | 0.00 | 9,027.72 | 9,440.93 | 8,124.79 | 6,492.24 | 7,720.23 | |
| TOTAL RECEIPTS | | 0.00 | 14,028.49 | 14,441.65 | 13,125.53 | 11,492.98 | 12,720.91 | |
| Draw from (Contribution to) Operation of Business MOR-7 | | 0 | 0 | | | | | |
| DISBURSEMENTS: | | | | | | | | |
| 6. Rent or Home Mortgage Payment | | 0.00 | 1,578.53 | 1,578.53 | 3,157.06 | 0.00 | 1,578.53 | |
| 7. Utilities (electric/gas, water, telephone) | | 0.00 | 330.53 | 347.00 | 346.99 | 297.92 | 361.86 | |
| 8. Home Maintenance (repairs and upkeep) | | 0.00 | 0.00 | 1,688.23 | 716.51 | 439.65 | 1,342.56 | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 0.00 | 928.13 | 882.77 | 1,001.44 | 1,123.32 | 1,031.77 | |
| 10. Medical and Dental | | 0.00 | 200.00 | 29.85 | 37.42 | 100.80 | 153.87 | |
| 11. Transportation (not including car payment) | | 0.00 | 143.50 | 298.53 | 120.66 | 383.05 | 485.63 | |
| 12. Recreations, Clubs, and Entertainment | | 0.00 | 37.85 | 453.46 | 214.72 | 389.52 | 218.65 | |
| 13. Insurance (not included in wages or home mortgage) | | 0.00 | 1,369.02 | 1,038.49 | 1,038.49 | 1,038.49 | 1,038.49 | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | 0.00 | | | | | |
| 15. Auto Payment | | 0.00 | 0.00 | | | | | |
| 16. Credit Cards | | 0.00 | 0.00 | | | | | |
| 17. OTHER (attach list) | | 0.00 | 0.00 | | | | | |
| TOTAL DISBURSEMENTS (for Individual) | | 0.00 | 4,587.56 | 6,316.86 | 6,633.29 | 3,772.75 | 6,211.36 | 0.00 |
| 18. PROFESSIONAL FEES | | 0.00 | 0.00 | | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | 0.00 | | | | | |
| (attach list if needed) | | 0.00 | 4,587.56 | 6,316.86 | 6,633.29 | 3,772.75 | 6,211.36 | 0.00 |
| 20. NET CASH FLOW | | 0.00 | 9,440.93 | 8,124.79 | 6,492.24 | 7,720.23 | 6,509.55 | 0.00 |
| 21. CASH - END OF MONTH | | 0.00 | 9,440.93 | 8,124.79 | 6,492.24 | 7,720.23 | 6,509.55 | 0.00 |

MFR-2

*Revised 07/01/98*

This FORM is for INDIVIDUALS ONLY

CASE NAME: DUKE SMITH  
CASE NUMBER: 18-52144

| POST-PETITION LIABILITIES | MONTH Mar-19 | MONTH Apr-19 | MONTH May-19 | MONTH Jun-19 | MONTH Jul-19 | MONTH |
|---|---|---|---|---|---|---|
| SECURED: HOME MORTGAGE | 1,578.53 | 1,578.53 | 3,157.06 | 0.00 | 1,578.53 | |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| (attach list) | 0.00 | | | | | |
| TOTAL SECURED | 1,578.53 | 1,578.53 | 3,157.06 | 0.00 | 1,578.53 | |
| UNSECURED: | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TAXES: | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| TOTAL POST-PETITION LIABILITIES (for individual) | 1,578.53 | 1,578.53 | 3,157.06 | 0.00 | 1,578.53 | |

MFR-3

*Revised 07/01/98*