

**The relief described hereinbelow is SO ORDERED.**

**Signed March 06, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Duke Smith, ) | Case No. 18-52144 |
| ) | |
| Debtor. ) | |

## ORDER TO ADMINISTRATIVELY CLOSE CASE

Pending before the Court is Duke Smith's (,the Reorganized Debtor), Motion to Administratively Close Case. Based on the pleadings on file, the Court finds the Motion is proper and the relief should be granted. It is, therefore,

ORDERED that

1. Subject to the provisions of the Plan of Reorganization (the "Plan") and the Order Confirming Debtor's Plan of Reorganization (the "Order"), all of the property of the estate is conditionally re-vested in the Reorganized Debtor.

2. Except as provided in the Plan or in the Order Confirming Plan, the Reorganized Debtor is discharged from any debt which arose before the date of the order confirming the Plan.

3. All creditors of, claimants against, and persons having or claiming interest of any nature whatsoever in the property and assets of the Reorganized Debtor be, and they are, hereby enjoined and stayed from pursuing or attempting to pursue any action, commencing or continuing any action, employing any process or any act against the Reorganized Debtor or its property, on account of, or based upon, any right, claim, or interest which any such creditor, claimant, or other person may have had at the date of the filing of the Debtor's bankruptcy petition herein under Chapter 11 of the Bankruptcy Code, except with respect to claims, rights or interests arising out of the plan or orders of this Court.

4. Any outstanding fees owed to the U.S. Trustee shall be paid by the Debtor within fourteen (14) days of the entry of this Order.

5. The estate of Duke Smith is hereby closed.

#####

Order Prepared by:

Dean W. Greer
2929 Mossrock, Suite 117
San Antonio, TX 78230
Telephone 210-342-7100
Fax 210-342-3633